UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>WANDER RIVERA and EDWARD PEREZ,<br><br>Defendants. | 23 Cr. 00203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Counsel for the parties shall appear for a status conference on **June 29, 2023** at **11:00 a.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

In advance of the conference, but no earlier than June 26, counsel for the parties shall meet and confer about discovery. At the conference, the Government shall recite the procedural history of this case, outline the evidence it intends to offer at any trial, and address the status of the production of discovery materials.

SO ORDERED.

Dated: June 14, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge