UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 23 Cr. 00203 (JHR) |
| WANDER RIVERA and RAMON RODRIGUEZ, | ORDER |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

It is hereby ORDERED that:

1. Trial will commence on **May 27, 2025** at **9:30 a.m.**

2. Defendants' pretrial motions shall be filed by **February 14, 2025**; oppositions shall be filed by **February 28, 2025**; and any replies shall be filed by **March 7, 2025**.

3. Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **April 7, 2025**. Any oppositions to those materials shall be filed by **April 17, 2025**, and any replies by **April 24, 2025**. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. A final pretrial conference will be held on **May 20, 2025** at **12:15 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 20, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge