Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone: (212) 226-2883
Mobile phone: (917) 549-6818

**NJ address:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NY address:**
135 Prospect Street　　　　　　　　　　　　　　　　　　　　　　　　　　　52 Duane Street, 7th Fl.
Ridgewood, NJ 07450　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007

September 12, 2025

Hon. Jennifer H. Rearden
United States District Judge
500 Pearl Street
New York, NY 10007

*Application GRANTED. Defendant Rivera's sentencing is hereby adjourned to **December 16, 2025** at **2:15 p.m.***

*The Clerk of Court is directed to terminate ECF No. 134.*

*SO ORDERED.*

　　　Re:　United States v. Wander Rivera
　　　　　　23 Cr 203 (JHR)

*Jennifer H. Rearden, U.S.D.J.*
*Dated: September 12, 2025*

Dear Mr. Rearden:

　　　Peter Quijano, Anna Sideris and I are counsel for Wander Rivera, who pleaded guilty to a superseding information on June 26, 2025. Sentencing is set for October 9, 2025.

　　　Because the defense is still in the process of preparing a sentencing memorandum, we respectfully request that the sentencing hearing be adjourned until a date in the middle of December 2025. Assistant United States Attorney Dominic Gentile informs us that the Government has no objection to this application.

　　　There have been no prior requests for adjournments of this sentencing hearing.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　　　　　　　　　　Donald Yannella, Esq.